UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA (HAMMOND)

In Re:

    Alan Garth Snow, Jr.,

    Debtor.

Case No.: 18-40159

CHAPTER 13

**REQUEST FOR NOTICE**

**REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicer for Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust V, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1 | AMIP Management, LLC requests that for all notice purposes and for inclusion in the
2 | Master Mailing List in this case, the following address be used:

3 | **PHYSICAL ADDRESS:**  **EMAIL ADDRESS:**
AMIP Management, LLC   amipbk@ghidottilaw.com
4 | 3020 Old Ranch Parkway, Suite 180
5 | Seal Beach, CA 90740

8 | Dated: June 20, 2018   By: /s/ Kristin
Kristin A. Zilberstein, as Authorized Agent
9 | Maxine Evans
AMIP Management
10 | Vice-President Default
P.O. Box 2741
11 | Seal Beach, CA 90740
562-735-6555 x-110
12 | amipbk@ghidottilaw.com

2
REQUEST FOR NOTICE

Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
Kristin A. Zilberstein (SBN 200041)
Jennifer R. Bergh, Esq. (SBN 305219)
LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
mghidotti@ghidottilaw.com

Attorney for Creditor
Wilmington Savings Fund Society, FSB, D/B/A Christina Trust as Owner Trustee of the Residential Credit Opportunities Trust III

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA (HAMMOND)

| | |
|---|---|
| In Re: | ) CASE NO.: 18-40159 |
| | ) |
| Alan Garth Snow, Jr., | ) CHAPTER 13 |
| | ) |
| Debtors. | ) **CERTIFICATE OF SERVICE** |
| | ) |

**CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would

1
CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | be deposited with the United States Postal Service the same day of deposit in the ordinary |
| 2 | course of business. |
| 3 | On June 25, 2018 I served the following documents described as: |
| 4 | |
| 5 | • **REQUEST FOR NOTICE** |
| 6 | on the interested parties in this action by placing a true and correct copy thereof in a sealed |
| 7 | envelope addressed as follows: |
| 8 | (Via United States Mail) |

| **Debtor**<br>**Alan Garth Snow, Jr.**<br>927 North Scott Street<br>Rensselaer, IN 47978<br><br>**Debtor's Counsel**<br>**Brad A. Woolley (SM)**<br>103 East Broadway<br>Monticello, IN 47960 | **Chapter 13 Trustee**<br>**David A. Rosenthal**<br>408 Main Street<br>P.O. Box 505<br>Lafayette, IN 47902<br><br>**U.S. Trustee**<br>**Nancy J. Gargula**<br>100 East Wayne Street, 5th Floor<br>South Bend, IN 46601-2349 |
|---|---|

__xx__ (By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____ Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx__ (Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June .25, 2018 at Santa Ana, California

/s / *Maben May*
Maben May

---

2
CERTIFICATE OF SERVICE

LAW OFFICES OF MICHELLE GHIDOTTI
1920 Old Tustin Ave.
Santa Ana, CA 92705

June 20, 2018

Re:   Case No.: 18-40159– Debtor(s): Alan Garth Snow, Jr.

Dear Clerk of the Court:

Enclosed herewith are Request for Notice. Please file the enclosed document and enter the same on the docket. If you have any questions, please don't hesitate to contact me as follows:

Kristin A. Zilberstein, Esq.

The Law Offices of Michelle Ghidotti

1920 Old Tustin Ave.

Santa Ana, CA 92705

kzilberstein@ghidottilaw.com  (949) 427-2010

Thank You,

*[signature]*

Kristin A. Zilberstein, Esq.
Authorized Agent for AMIP Management, LLC