UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| ALAN GARTH SNOW JR. | ) | CASE NO. 18-40159 |
| | ) | CHAPTER 13 |
| DEBTORS | ) | |

**AGREED IMMATERIAL MODIFICATION TO CHAPTER 13 PLAN**

Come now the Debtors, by counsel, Brad A. Woolley, and the Chapter 13 Trustee, David A. Rosenthal, and file the following agreed immaterial modification to the Debtors' Chapter 13 Plan:

1. In order to cure the Debtor's plan payment default of $3,175, Debtor shall increase the monthly plan payment by $300.00 a month $2,177.00 for 12 months starting October 23, 2018 and then lower his payment back to the $1,877.00 for the remainder of the plan term.

2. All other terms and conditions of the plan shall remain in full force and effect.

Date: October 8, 2018

/s/ Brad A. Woolley
Brad A. Woolley, Attorney at Law

/s/ David A. Rosenthal
David A. Rosenthal, Chapter 13 Trustee

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the attached document was sent by the ECF Electronic Noticing service or by First-Class United States Mail, postage prepaid on this 8th day of October 2018 to those parties listed below.

Dated: October 8, 2018

/s/ Brad A Woolley
Brad A. Woolley, Attorney for Debtors
103 E. Broadway
Monticello, IN 47960
(574) 583-6411

U S Trustee, One Michiana Sq, Rm 555, 100 E Wayne Street, South Bend, IN 46601
Chapter 13 Trustee, David A. Rosenthal, PO Box 505, Lafayette, IN 47902